# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH DECKER             :     No. 3:14cv380
                                 :
                                 :     (Judge Munley)
                                 :
                                 :     (Bankruptcy Appeal)
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 17th day of March 2014, debtor's motion for an emergency hearing (Doc. 4) and motion to appoint counsel (Doc. 5) are hereby **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**